NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTY JOHNSON,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D19-1986
                                    )
NAPLES ESTATES LIMITED              )
PARTNERSHIP, an Oregon limited      )
partnership,                        )
                                    )
          Appellee.                 )
                                    )

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Donald E. Christopher of Baker Donelson
Bearman Caldwell & Berkowitz, PC,
Orlando, for Appellant.

Jody B. Gabel and J. Allen Bobo of Lutz,
Bobo & Telfair, P.A., Sarasota, for
Appellee.


PER CURIAM.

          Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.